Matter of Schneiderman (2023 NY Slip Op 06744)

Matter of Schneiderman

2023 NY Slip Op 06744

Decided on December 27, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 27, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

HECTOR D. LASALLE, P.J.
MARK C. DILLON
COLLEEN D. DUFFY
BETSY BARROS
FRANCESCA E. CONNOLLY, JJ.

2001-02653 ON MOTION

[*1]In the Matter of Jan Robin Schneiderman, a disbarred attorney. (Attorney Registration No. 1936319)

DECISION & ORDER
Motion by Jan Robin Schneiderman for reinstatement to the Bar as an attorney and counselor-at-law. Schneiderman was admitted to the Bar in the State of New York at a term of the Appellate Division of the Supreme Court in the Second Judicial Department on April 25, 1984. By opinion and order of this Court dated July 9, 2001, Schneiderman was disbarred effective immediately based on her conviction of multiple felonies and her name was stricken from the roll of attorneys and counselors-at-law (see Matter of Schneiderman , 285 AD2d 154). By decision and order on motion of this Court dated February 19, 2020, Schneiderman's motion for reinstatement was held in abeyance and the matter was referred to a Committee on Character and Fitness to investigate and report on her character and fitness to practice law.
Upon the papers filed in support of the motion and the papers filed in relation thereto, and upon the report of the Committee on Character and Fitness and the exhibits annexed thereto, it is
ORDERED that the motion is granted; and it is further,
ORDERED that, effective immediately, Jan Robin Schneiderman is reinstated as an attorney and counselor-at-law, and the Acting Clerk of the Court is directed to restore the name of Jan Robin Schneiderman to the roll of attorneys and counselors-at-law.
LASALLE, P.J., DILLON, DUFFY, BARROS and CONNOLLY, JJ., concur
ENTER: Darrell M. Joseph Acting Clerk of the Court